Exhibit "A"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------x          INDEX NO.          328/16
ALBERT J. GATTI,                                      DATE S/C FILED: 1/12/16

       PLAINTIFF,                             PLAINTIFF(S) DESIGNATE(S)
                                                      RICHMOND

    -AGAINST-                                  COUNTY AS THE PLACE OF TRIAL.

LUXOR LIMO INC. AND SHLOMO CHKIFATI,                  BASIS OF THE VENUE IS
                                                      DEFENDANT'S RESIDENCE

                                                      SUMMONS

       DEFENDANTS.                            PLAINTIFF(S) RESIDE(S) AT
                                                      MONROE, NJ.

                                                      COUNTY OF ORANGE

------------------------------------------x

To the above named Defendant(s)

       YOU ARE HEREBY SUMMONED, to answer the complaint in this
action and to serve a copy of your answer, or, if the complaint is not
served with this summons, to serve a notice of appearance, on the
Plaintiff's Attorney(s) within 20 days after the service of this
summons, exclusive of the day of service (or within 30 days after the
service is complete if this summons is not personally delivered to you
within the State of New York); and in case of your failure to appear or
answer, judgment will be taken against you by default for the relief
demanded in the complaint.

Dated: STATEN ISLAND, NEW YORK
      JANUARY 4, 2016                 CHELLI & BUSH, ESQS.
                                        ATTORNEYS FOR PLAINTIFF
                                        149 NEW DORP LANE
                                        STATEN ISLAND, NEW YORK 10306
                                        (718) 987-8444

Defendant's address:
LUXOR LIMO INC.
502 AVENUE U
BROOKLYN, NEW YORK 11223
SHLOMO CHKIFATI
502 AVENUE U
BROOKLYN, NEW YORK 11223

Notice:    The nature of this action is negligence.
The relief sought is money damages

Upon your failure to appear, judgment will be taken against you by
default for the sum of $ "THE JURISDICTION OF THE DEFENDANT, LUXOR LIMO INC. HAS BEEN OBTAINED
UNDER SECTION 306 OF THE BUSINESS CORPORATION LAW."

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
--------------------------------------------X

ALBERT J. GATTI,                                    INDEX #
                                                    DATE S/C FILED:
            PLAINTIFF,

                                                    VERIFIED COMPLAINT
-against-

LUXOR LIMO INC. AND SHLOMO CHKIFATI,

            DEFENDANTS.

--------------------------------------------X

            PLAINTIFF, COMPLAINING OF THE DEFENDANTS, BY HIS
ATTORNEYS, CHELLI & BUSH, RESPECTFULLY SETS FORTH TO THIS COURT
AND ALLEGES:

            AS AND FOR A FIRST CAUSE OF ACTION ON
            BEHALF OF PLAINTIFF, ALBERT J. GATTI

            FIRST:                   PLAINTIFF, ALBERT J. GATTI, AT THE
TIME OF THE INSTITUTION OF THIS ACTION, IS A RESIDENT OF THE
COUNTY OF ORANGE, STATE OF NEW JERSEY.

            SECOND:                  UPON INFORMATION AND BELIEF, AT ALL
TIMES HEREINAFTER MENTIONED, DEFENDANT, LUXOR LIMO INC., IS A
DOMESTIC BUSINESS CORPORATION DULY ORGANIZED AND EXISTING
PURSUANT TO THE LAWS OF THE STATE OF NEW YORK.

            THIRD:                   UPON INFORMATION AND BELIEF, AT ALL
TIMES HEREINAFTER MENTIONED, DEFENDANT, SHLOMO CHKIFATI, IS A
RESIDENT OF THE COUNTY OF KINGS, STATE OF NEW YORK.

            FOURTH:                  UPON INFORMATION AND BELIEF, THAT

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND N Y
10306
(718) 987-8444
FAX (718) 667-8147

AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE OWNER OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV.

FIFTH:                UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, SHLOMO CHKIFATI WAS THE OPERATOR OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV.

SIXTH:                UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE OWNER OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV WHICH WAS THEN AND THERE BEING OPERATED BY DEFENDANT, SHLOMO CHKIFATI WITH THE PERMISSION OF THE DEFENDANT OWNER, LUXOR LIMO INC.

SEVENTH:              UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE OWNER OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV WHICH WAS THEN AND THERE BEING OPERATED BY DEFENDANT, SHLOMO CHKIFATI WITH THE CONSENT OF THE DEFENDANT OWNER, LUXOR LIMO INC.

EIGHTH:               UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE OWNER OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV WHICH WAS THEN AND THERE BEING OPERATED BY DEFENDANT, SHLOMO CHKIFATI WITH THE KNOWLEDGE OF THE DEFENDANT, LUXOR LIMO INC.

NINTH:                UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC.

LAW OFFICES
CHELLI & BUSH
148 NEW DORP LANE
STATEN ISLAND, N Y
10306
(718) 987-8444
FAX (718) 667-8107

WAS THE REGISTRANT OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV.

TENTH:                              UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, SHLOMO CHKIFATI WAS THE OPERATOR OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV.

ELEVENTH:                           UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE REGISTRANT OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV WHICH WAS THEN AND THERE BEING OPERATED BY DEFENDANT, SHLOMO CHKIFATI WITH THE PERMISSION OF THE DEFENDANT REGISTRANT, LUXOR LIMO INC.

TWELFTH:                            UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE REGISTRANT OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV WHICH WAS THEN AND THERE BEING OPERATED BY DEFENDANT, SHLOMO CHKIFATI WITH THE CONSENT OF THE DEFENDANT REGISTRANT, LUXOR LIMO INC.

THIRTEENTH:                         UPON INFORMATION AND BELIEF, THAT AT ALL THE TIMES HEREIN MENTIONED, THE DEFENDANT, LUXOR LIMO INC. WAS THE REGISTRANT OF A CERTAIN 2012 CHRYSLER MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER 14924LV WHICH WAS THEN AND THERE BEING OPERATED BY DEFENDANT, SHLOMO CHKIFATI WITH THE KNOWLEDGE OF THE DEFENDANT REGISTRANT, LUXOR LIMO INC.

FOURTEENTH:              ON THE 17TH DAY OF DECEMBER, 2014, DEFENDANT, SHLOMO CHKIFATI WAS THE OPERATOR OF THE AFORESAID 2012 CHRYSLER MOTOR VEHICLE PROCEEDING UPON HAMILTON AVENUE, IN THE

LAW OFFICES
CHELLI & BUSH
44 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 667-8167

COUNTY OF KINGS, STATE OF NEW YORK.

FIFTEENTH:-          ON THE 17TH DAY OF DECEMBER, 2014, PLAINTIFF, ALBERT J. GATTI WAS THE OPERATOR OF A CERTAIN 2010 CHEVROLET MOTOR VEHICLE BEARING NEW YORK STATE REGISTRATION PLATE NUMBER AB1235 PROCEEDING UPON HAMILTON AVENUE, IN THE COUNTY OF KINGS, STATE OF NEW YORK.

SIXTEENTH:          THAT ON THE 17TH DAY OF DECEMBER, 2014, AT APPROXIMATELY 3:30 P.M., THE DEFENDANTS' VEHICLE AND PLAINTIFF'S VEHICLE CAME INTO CONTACT WITH ONE ANOTHER.

SEVENTEENTH:          THAT THE SAID OCCURRENCE WAS CAUSED SOLELY BY REASON OF THE NEGLIGENCE OF THE DEFENDANTS IN THE OWNERSHIP, OPERATION, MAINTENANCE AND CONTROL OF THEIR MOTOR VEHICLE, DESCRIBED AS AFOREMENTIONED AND WITHOUT ANY NEGLIGENCE ON THE PART OF THE PLAINTIFF CONTRIBUTING THERETO.

EIGHTEENTH:          THAT HAMILTON AVENUE, IN THE COUNTY OF KINGS, STATE OF NEW YORK WAS AND STILL IS A PUBLIC ROADWAY IN USE BY THE RESIDENTS THEREOF AND OTHERS.

NINETEENTH:          THE DEFENDANTS ON THE 17TH DAY OF DECEMBER, 2014, AT APPROXIMATELY 3:30 P.M., WERE RECKLESS, CARELESS AND NEGLIGENT, IN FAILING TO KEEP THE SAID MOTOR VEHICLE UNDER PROPER MANAGEMENT AND CONTROL, IN FAILING TO OBSERVE THE CONDITIONS ON THE ROADWAY, AND HAVE A DUE, TIMELY, ADEQUATE AND PROPER LOOKOUT, IN FAILING TO GIVE ANY NOTICE, WARNING OR SIGNAL OF THEIR APPROACH, IN OPERATING THE SAID VEHICLE AT AN EXCESSIVE RATE OF SPEED, INCONSISTENT WITH THE EXERCISE OF REASONABLE AND DUE CARE, UNDER THE CONDITIONS AND CIRCUMSTANCES EXISTING IMMEDIATELY PRIOR TO AND AT THE TIME OF THE OCCURRENCE, IN

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND N.Y.
10306
(718) 987-8444
FAX (718) 667-6187

FAILING TO MAKE ADEQUATE, PROPER AND TIMELY USE OF THE BRAKES, IN FAILING TO KEEP THE SAID MOTOR VEHICLE AT A REASONABLE AND SUFFICIENT DISTANCE, SO AS TO BRING IT TO A STOP IN SUFFICIENT TIME TO AVOID STRIKING PLAINTIFF'S VEHICLE, IN CAUSING AND PERMITTING THE SAID VEHICLE OF THE DEFENDANTS TO BE OPERATED AT A SPEED BEYOND ITS BRAKING POWER, IN FAILING TO OBSERVE THE RULES OF THE ROAD, AND WAS UNDER ALL THE FACTS AND CIRCUMSTANCES, RECKLESS, CARELESS AND NEGLIGENT IN THAT DEFENDANTS' VEHICLE STRUCK PLAINTIFF'S VEHICLE IN THE REAR, CAUSING THE PLAINTIFF SUSTAIN SEVERE AND SERIOUS PERSONAL INJURIES.

TWENTIETH:        UPON INFORMATION AND BELIEF, THAT DEFENDANTS WERE NEGLIGENT AND CARELESS IN FAILING AND OMITTING TO HAVE THEIR VEHICLE EQUIPPED AND MAINTAINED WITH GOOD AND SUFFICIENT WORKING MECHANICAL CONTRIVANCES, PARTICULARLY THE BRAKING, VIEWING, STEERING AND SIGNALING DEVICES AND OTHER FUNCTIONING PARTS OF SAID AUTOMOBILE.

TWENTY-FIRST:        PLAINTIFF, ALBERT J. GATTI IS NOT SUBJECT TO THE LIMITATIONS OF ARTICLE 16 OF THE CPLR, PURSUANT TO THE EXCLUSIONS THEREIN.

TWENTY-SECOND:        AS A RESULT OF THE FOREGOING, THE PLAINTIFF, ALBERT J. GATTI, SUSTAINED A SERIOUS INJURY AS DEFINED IN SUBDIVISION (d) OF SECTION 5102 OF THE INSURANCE LAW OF THE STATE OF NEW YORK.

TWENTY-THIRD:        THAT AS A RESULT OF THE AFORESAID, THE PLAINTIFF, ALBERT J. GATTI, WAS DAMAGED IN THE SUM THAT EXCEEDS THE JURISDICTIONAL LIMIT OF ALL LOWER COURTS WHICH WOULD OTHERWISE HAVE JURISDICTION.

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX (718) 987-8187

WHEREFORE, PLAINTIFF, ALBERT J. GATTI, DEMANDS JUDGMENT AS AGAINST THE DEFENDANTS ON THE FIRST CAUSE OF ACTION AND THE AMOUNT OF DAMAGES SOUGHT EXCEEDS THE JURISDICTIONAL LIMIT OF ALL LOWER COURTS WHICH WOULD OTHERWISE HAVE JURISDICTION.

DATED:    DECEMBER 29, 2015
          STATEN ISLAND, N.Y.

                                    YOURS, ETC.,

                                    CHELLI & BUSH
                                    ATTORNEYS FOR PLAINTIFF
                                    149 NEW DORP LANE
                                    STATEN ISLAND, NY 10306
                                    (718) 987-8444

                                    BY: _____
                                         MICHAEL H BUSH

LAW OFFICES
CHELLI & BUSH
149 NEW DORP LANE
STATEN ISLAND, N.Y.
10306
(718) 987-8444
FAX(718)987-8107

STATE OF NEW YORK      )
COUNTY OF RICHMOND     )SS.:

GEORGE NAPOLI, BEING DULY SWORN, DEPOSES AND SAYS:

THAT HE IS THE ATTORNEY FOR THE PLAINTIFF, ALBERT J. GATTI.

THAT HE HAS READ THE FOREGOING COMPLAINT AND KNOWS THE CONTENTS THEREOF; THAT THE SAME IS TRUE TO HIS OWN KNOWLEDGE, EXCEPT AS TO THE MATTERS THEREIN STATED TO BE ALLEGED ON INFORMATION AND BELIEF, AND THAT AS TO THOSE MATTERS HE BELIEVES IT TO BE TRUE.

THAT THE REASON THIS VERIFIED COMPLAINT IS MADE BY YOUR DEPONENT AND NOT BY THE PLAINTIFF, IS THAT THE PLAINTIFF IS NOT NOW WITHIN THE COUNTY WHERE YOUR DEPONENT HAS HIS OFFICE.

THAT THE SOURCES OF DEPONENT'S INFORMATION AND THE GROUNDS OF DEPONENT'S BELIEF AS TO ALL MATTERS THEREIN NOT STATED UPON HIS OWN KNOWLEDGE, ARE INVESTIGATIONS WHICH DEPONENT HAS CAUSED TO BE MADE AND INFORMATION ACQUIRED BY DEPONENT IN THE COURSE OF HIS DUTIES AS ATTORNEY IN THIS MATTER.

_____
GEORGE NAPOLI

SWORN TO BEFORE ME THIS
4TH DAY OF JANUARY, 2016

_____
NOTARY PUBLIC

LAW OFFICES
CHELLI & BUSH
1 AV NEW DORP LANE
STATEN ISLAND, N Y
10306
(718) 987-8444
FAX (718) 667-8187

Exhibit "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------------X

ALBERT J. GATTI,

                  Plaintiff,

              -against-

LUXOR LIMO, INC. AND SHLOMO CHKIFATI,

                  Defendants.
-------------------------------------------------------------------------X

VERIFIED
ANSWER

Index No.:
328/16

Defendants, LUXUR LIMO, INC. and SHLOMO CHKIFATI, by their attorneys, GOLDBERG SEGALLA LLP, answering the Verified Complaint of the Plaintiff herein, upon information and belief, allege:

## AS TO THE FIRST CAUSE OF ACTION ON BEHALF OF PLAINTIFF, ALBERT J. GATTI

FIRST: Deny having knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph "FIRST" of the Verified Complaint.

SECOND:  Deny upon information and belief each and every allegation contained in the paragraph of the Verified Complaint therein designated "SEVENTEENTH".

THIRD:  Deny having knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph "EIGHTEENTH" of the Verified Complaint.

FOURTH: Deny each and every allegation contained in the paragraphs of the Verified Complaint therein designated "NINETEENTH" and "TWENTIETH".

FIFTH: Deny having knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraph "TWENTY-FIRST" of the Verified Complaint, and respectfully refer all questions of law to this Honorable Court.

SIXTH: Deny upon information and belief each and every allegation contained in the paragraph of the Verified Complaint therein designated "TWENTY-SECOND".

GOLDBERG SEGALLA LLP
200 Garden City Plaza, Ste. 520
Garden City, New York 11530

SEVENTH: Deny each and every allegation contained in the paragraph of the Verified Complaint therein designated "TWENTY-THIRD".

## AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

EIGHTH:   That whatever injuries and/or damages were sustained by the Plaintiff at the time and place alleged in the Verified Complaint were caused in whole or in part as a result of the Plaintiff's own culpable conduct.  That if the Plaintiff is entitled to any recovery herein, such recovery shall be diminished in the proportion which said culpable conduct attributable to the Plaintiff bears to the entire culpable conduct concerning the subject occurrence.

## AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

NINTH:  That whatever injuries and damages Plaintiff may have sustained at the time and place alleged in the Complaint were caused and brought about by reason of the failure of the Plaintiff to have utilized available seatbelts.  Consequently, the Plaintiff is barred from recovering damages for any injuries which were caused or brought about by reason of the Plaintiff's failure to utilize available seatbelts.

## AS AND FOR A THIRD SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

TENTH:   Upon information and belief, any past or future costs or expenses incurred or to be incurred by the Plaintiff for medical care, dental care, custodial care or rehabilitative services, loss of earnings or other economic loss, has been or will with reasonable certainty be

replaced or indemnified in whole or in part from a collateral source as defined in §4545(c) of the Civil Practice Law and Rules and, therefore, any judgment awarded to the Plaintiff in this action shall be reduced by the amount of any past or future cost or expense which has or will be replaced or indemnified in whole or in part from said collateral source.

WHEREFORE, the Defendants, LUXUR LIMO, INC. and SHLOMO CHKIFATI, respectfully demand judgment against the Plaintiff dismissing the Verified Complaint herein with costs or, in the alternative, if the Verified Complaint shall not be dismissed the amount of damages otherwise recoverable against said Defendants shall be diminished in the proportion, which the culpable conduct attributable to the Plaintiff bears to the culpable conduct, if any, of the Defendants together with the costs and disbursements of this action.

Dated: Garden City, New York
       May 6, 2016

Yours, etc.,

GOLDBERG SEGALLA LLP

By: _Paul S. Devine_
    Paul S. Devine
    Attorneys for Defendants
    LUXUR LIMO, INC. and SHLOMO CHKIFATI
    200 Garden City Plaza
    Suite 520
    Garden City, New York  11530
    (516) 281-9800
    GS File No.: 9101.0246

## VERIFICATION

STATE OF NEW YORK )
                    ) ss.:
COUNTY OF NASSAU )

        PAUL S. DEVINE, an attorney duly admitted to practice law in the Courts of the State of New York, affirms the following to be true under the penalties of perjury:

1.     I am the attorney for the answering Defendants, LUXUR LIMO, INC. and SHLOMO CHKIFATI.

2.     I have read the annexed Verified Answer to Verified Complaint and know the contents thereof and the same are true to my knowledge except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true.  My belief as to those matters therein not stated upon knowledge is based on the files maintained in my office.

3.     The reason that this Verification is made by your affirmant and not by the Defendants is that the Defendants are not in the County in which I maintain my office.

Dated: Garden City, New York
        May 6, 2016

                                      _Paul S. Devine_
                                     PAUL S. DEVINE

AFFIDAVIT OF SERVICE

MICHELLE COSTANTINI, being duly sworn deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Hollis Hills, New York.

That on the 6th day of May, 2016, deponent served a copy of the within VERIFIED ANSWER  upon:

CHELLI & BUSH
Attorneys for Plaintiff
149 New Dorp Plane
Staten Island, New York  10306

by depositing the enclosed in a stamped envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York

_Michelle Costantini_
MICHELLE COSTANTINI

Sworn to before me this
6th  day of May, 2016

NOTARY PUBLIC

STEPHANIE INZERILLO
Notary Public, State of New York
No.
Qualified in Queens County
Commission Expires April 18, 2018

GOLDBERG SEGALLA LLP
200 Garden City Plaza
Suite 520
Garden City, New York  11530

Exhibit "C"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X

ALBERT J. GATTI,

                                 Plaintiff,

         -against-

LUXOR LIMO INC. AND SHLOMO CHKIFATI,

                                 Defendants.
------------------------------------------------------------------------X

DEMAND
PURSUANT
TO CPLR
§ 3017( c )

Index No.:
328/16

PLEASE TAKE NOTICE, that, pursuant to § 3017(c) of the Civil Practice Law and Rules, Defendants, LUXOR LIMO, INC. and SHLOMO CHKIFATI, demand that you furnish the undersigned, within fifteen (15) days of service of this Demand, with a statement setting forth the total damages to which Plaintiff deems herself entitled in this action.

Dated: Garden City, New York
       May 11, 2016

                                 Yours, etc.,

                                 GOLDBERG SEGALLA LLP

                                 By: _Paul S. Devine_

                                    Paul S. Devine
                                    Attorneys for Defendants
                                    LUXUR LIMO, INC. and SHLOMO CHKIFATI
                                    200 Garden City Plaza
                                    Suite 520
                                    Garden City, New York  11530
                                    (516) 281-9800
                                    GS File No.: 9101.0246

TO:   CHELLI & BUSH
        Attorneys for Plaintiff
        149 New Dorp Plane
        Staten Island, New York  10306

AFFIDAVIT OF SERVICE

MICHELLE COSTANTINI, being duly sworn deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Hollis Hills, New York.

That on the 11th day of May, 2016, deponent served a copy of the within DEMAND PURSUANT TO CPLR § 3017 ( c )    upon:

CHELLI & BUSH
Attorneys for Plaintiff
149 New Dorp Plane
Staten Island, New York  10306

by depositing the enclosed in a stamped envelope in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York

_Michelle Costantini_
MICHELLE COSTANTINI

Sworn to before me this
11th day of May, 2016

NOTARY PUBLIC

STEPHANIE INZERILLO
Notary Public, State of New York
No. 01IN5026493
Qualified in Suffolk County
Commission Expires April 18, 2018

GOLDBERG SEGALLA LLP
200 Garden City Plaza
Suite 520
Garden City, New York  11530

Exhibit "D"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------------------------------X
ALBERT J. GATTI,

                Plaintiff,

    -against-

LUXOR LIMO, INC. AND SHLOMO CHKIFATI,

                Defendant(s).
------------------------------------------------------------------------X

Index No.:  328/16

**STIPULATION**

      PLAINTIFF and DEFENDANTS, by and through their attorneys of record, herein stipulate and agree to the entering of the following:

      WHEREAS, plaintiff has now stipulated that he is not seeking damages in excess of $75,000.00 and further stipulates and agrees that he has no right of recovery against defendants in any amount over $75,000.00 and further stipulates and agrees that should the case proceed to trial and a verdict be entered against defendants in excess of $75,000.00 that the portion of the verdict which exceeds $75,000.00 will not be enforced and defendants' liability will be limited to $75,000.00.  Further, any judgment will be entered in an amount not to exceed $75,000.00.

      IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in multiple counterparts and a faxed or scanned signature shall be deemed an original.  This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
       September 6, 2016

_____

Robert W. Berbenich, Esq.
Goldberg Segalla LLP
Attorneys for Defendants
200 Garden City Plaza – Suite 520
Garden City, NY 11530
(516) 281-9800
GS File No: 9101.0246

_____

By:

Chelli & Bush, Esqs.
Attorneys for Plaintiff
149 New Dorp Lane
Staten Island, New York  10306
(718) 987-8444

GOLDBERG SEGALLA LLP
200 Garden City Plaza
Suite 520
Garden City, New York 11530

9101 0246
©

GOLDBERG SEGALLA<sup>LLP</sup>

Robert W. Berbenich | Associate
Direct 516.281.9838 | rberbenich@goldbergsegalla.com

September 6, 2016

Via U.S. Mail and Facsimile: (718) 667-8187

Chelli & Bush, Esqs.
149 New Dorp Lane
Staten Island, New York 10306

Re:   **Gatti v. Luxor Limo, Inc., et al.**
Venue:        Supreme Court Kings County
Index:        328/2016
Date of Loss: 12/17/14
GS File No:  9101.0246

Counselors:

Please accept this letter as a good faith attempt to secure a response to our Demand Pursuant to CPLR § 3017(c). To date, we have not received a response to same. A courtesy copy is enclosed for your reference.

Please be advised we intend to remove this case to the United State District Court for the Eastern District of New York based on diversity jurisdiction unless you are willing to stipulate that the plaintiff is not seeking damages in excess of $75,000.00. Enclosed please find a stipulation limiting plaintiff's potential recovery to $75,000.00. Please respond to our Demand Pursuant to CPLR § 3017(c) and/or return the executed Stipulation to the undersigned's attention no later than October 6, 2016. If the executed Stipulation is not received by that date, we will accept same to mean you believe damages to be in excess of $75,000.00 and will proceed to remove the matter to the United State District Court for the Eastern District of New York.

Thank you for your anticipated cooperation. Please feel free to contact me should you require anything further.

Very truly yours,

Robert W. Berbenich

RWB/

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------------X
ALBERT J. GATTI,

                 Plaintiff,

     -against-

LUXOR LIMO, INC. AND SHLOMO CHKIFATI,

                 Defendant(s).
-------------------------------------------------------------------X

Index No.:  328/16

**STIPULATION**

     PLAINTIFF and DEFENDANTS, by and through their attorneys of record, herein stipulate and agree to the entering of the following:

     WHEREAS, plaintiff has now stipulated that he is not seeking damages in excess of $75,000.00 and further stipulates and agrees that he has no right of recovery against defendants in any amount over $75,000.00 and further stipulates and agrees that should the case proceed to trial and a verdict be entered against defendants in excess of $75,000.00 that the portion of the verdict which exceeds $75,000.00 will not be enforced and defendants' liability will be limited to $75,000.00.  Further, any judgment will be entered in an amount not to exceed $75,000.00.

     IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in multiple counterparts and a faxed or scanned signature shall be deemed an original.  This Stipulation may be filed without further notice with the Clerk of the Court.

Dated: Garden City, New York
       September 6, 2016

_____

Robert W. Berbenich, Esq.
Goldberg Segalla LLP
Attorneys for Defendants
200 Garden City Plaza – Suite 520
Garden City, NY 11530
(516) 281-9800
GS File No: 9101.0246

_____

By:

Chelli & Bush, Esqs.
Attorneys for Plaintiff
149 New Dorp Lane
Staten Island, New York  10306
(718) 987-8444

**GS** GOLDBERG SEGALLA
*Attorneys at Law*

200 Garden City Plaza / Suite 520 / Garden City, NY 11530   516.281.9800   FAX 516.281.9801   www.goldbergsegalla.com

SUPREME COURT OF THE STATE OF NEW YORK   **COURTESY COP**
COUNTY OF KINGS
----------------------------------------------------------------------X
ALBERT J. GATTI,

                                    Plaintiff,                    DEMAND
                                                                  PURSUANT
          -against-                                               TO CPLR
                                                                  § 3017( c )

LUXOR LIMO INC. AND SHLOMO CHKIFATI,              Index No.:
                                                  328/16
                                    Defendants.
----------------------------------------------------------------------X

          PLEASE TAKE NOTICE, that, pursuant to § 3017(c) of the Civil Practice Law and

Rules, Defendants, LUXOR LIMO, INC. and SHLOMO CHKIFATI, demand that you furnish

the undersigned, within fifteen (15) days of service of this Demand, with a statement setting

forth the total damages to which Plaintiff deems herself entitled in this action.

Dated: Garden City, New York
       May 11, 2016

                                        Yours, etc.,

                                        GOLDBERG SEGALLA LLP

                                        By: _Paul S. Devine_____
                                           Paul S. Devine
                                        Attorneys for Defendants
                                        LUXUR LIMO, INC. and SHLOMO CHKIFATI
                                        200 Garden City Plaza
                                        Suite 520
                                        Garden City, New York  11530
                                        (516) 281-9800
                                        GS File No.: 9101.0246

TO:   CHELLI & BUSH
      Attorneys for Plaintiff
      149 New Dorp Plane
      Staten Island, New York  10306

GOLDBERG SEGALLA LLP
200 Garden City Plaza, Ste. 520
Garden City, New York  11530

5008171.1

# GOLDBERG SEGALLA LLP
### Attorneys at Law

**Long Island:  200 Garden City Plaza / Suite 520, Garden City, New York 11530-3203**
**516.281.9800 / FAX 516.281.9801**

| | |
|---|---|
| **To:** | **Chelli & Bush, Esqs.** |
| **Fax No.:** | **(718) 667-8187** |
| **Phone No.:** | |
| **From:** | Robert W. Berbenich, Esq. |
| **Date:** | **September 7, 2016** |
| **Total Pages:** | **5   (including cover)** |
| **Re:** | **Gatti v. Luxor Limo Inc., et al** |
| **Comments:** | **Please see attached correspondence.** |
| | **Thank you.** |

**If there are any problems with this transmission,**
**please call 516.281.9823.**

*ATTENTION:*
*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return this original message to us at the above address via the U.S. Postal Service. Thank you.*
5492331.1

```
*  *  *  COMMUNICATION RESULT REPORT ( SEP. 7. 2016  3:57PM )  *  *  *
```

FAX HEADER 1:   GOLDBERGSEGALLA
FAX HEADER 2:

TRANSMITTED/STORED : SEP. 7. 2016  3:55PM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|------|------|--------|---------|--------|------|
| 8063 | MEMORY TX | | G3 : 7186678187 | OK | 5/5 |

```
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL          E-2) BUSY
  E-3) NO ANSWER                     E-4) NO FACSIMILE CONNECTION
  E-5) MAIL SIZE OVER
```



# GOLDBERG SEGALLA LLP

*Attorneys at Law*

Long Island: 200 Garden City Plaza / Suite 520, Garden City, New York 11530-3203
516.281.9800 / FAX 516.281.9801

**To:**            **Chelli & Bush, Esqs.**

**Fax No.:**          **(718) 667-8187**

**Phone No.:**

**From:**            Robert W. Berbenich, Esq.

**Date:**            **September 7, 2016**

**Total Pages:**      5   (including cover)

**Re:**              Gatti v. Luxor Limo Inc., et al

**Comments:**   Please see attached correspondence.
                 Thank you.

---

If there are any problems with this transmission,
please call 516.281.9823.

*ATTENTION:*
*This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any use, dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return this original message to us at the above address via the U.S. Postal Service. Thank you.*
5492331.1

Exhibit "E"

# CHELLI & BUSH

Michael H Bush, Esq.

Robert D. Bush, Esq.**
Helen M. Rosenblatt, Esq.
George V. Napoli, Esq.
Robert Vereb, Esq.
Kathryn M. Cafaro, Esq.
Michael T. Madaio, Esq.*
Marvin O. Uwangue, Esq.

\* Admitted N.Y. & N.J.
\*\* Admitted N.Y. & Washington, D.C.

ATTORNEYS AT LAW
149 New Dorp Lane
Staten Island, NY 10306
(718) 987-8444
Fax (718) 667-8187

Angela Formisano
Office Administrator

September 14, 2016

Goldberg Segalla, LLP
200 Garden City Plaza, Suite 520
Garden City, New York 11530
Attn: Robert W. Berbenich

> Re: Gatti v. Luxor Limo, Inc., et al.
> Index No.: 328/2016
> DOL: 12/17/14
> Your File No.: 9101.0246

Dear Mr. Berbenich,

I am writing in response to your letter dated September 8, 2016 requesting responses to your initial discovery demands dated May 6, 2016. Please be advised, in accordance to your previous letter dated September 6, 2016, our office is awaiting for the subject matter to be removed to the United States District Court to proceed with further pleadings.

Thank you. If I can be of any further assistance please do not hesitate to contact me.

Respectfully,

Kathryn Cafaro