# CHELLI & BUSH

ATTORNEYS AT LAW
149 New Dorp Lane
Staten Island, NY 10306
(718) 987-8444
Fax (718) 667-8187

Michael H Bush, Esq.

Robert D. Bush, Esq.**
Helen M. Rosenblatt, Esq.
George V. Napoli, Esq.
Robert Vereb, Esq.
Kathryn M. Cafaro, Esq.
Michael T. Madaio, Esq.*
Marvin O. Uwangue, Esq.

* Admitted N.Y. & N.J.
** Admitted N.Y. & Washington, D.C.

Angela Formisano
Office Administrator

December 28, 2017

VIA ECF:
Magistrate Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadmen Plaza East
Brooklyn, New York 11201

Re:  Gatti v. Luxor Limo, Inc.
     Civil Index No.: 1:16-cv-05655
     GS File No.: 9101.0246

Dear Judge Reyes:

As you are aware our office represents the plaintiff, Mr. Albert Gatti, in the above referenced matter. I am writing to advise your Honor and the Court that that this matter has settled.

We thank Your Honor for your time and attention to this matter.

Respectfully Submitted,

Kathryn Cafaro

cc: VIA ECF
Goldberg Segalla
200 Garden City Plaza, Suite 520
Garden City, New York 11530