UNITED STATES DISTRICT COURT        INDEX NO.: 1:16 CV-05655
EASTERN DISTRICT OF NEW YORK
------------------------------------------X
ALBERT J. GATTI,

                 PLAINTIFF,

                                STIPULATION OF DISMISSAL

   -against-

LUXOR LIMO INC. AND SHLOMO CHKIFATI,

                 DEFENDANTS.
------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:   December 29, 2017
           Staten Island, New York


_____       _____
GOLDBERG SEGALLA                      MICHAEL H. BUSH, ESQ.
ATTORNEYS FOR DEFENDANTS          CHELLI & BUSH ATTYS.
200 GARDEN CITY PLAZA, SUITE 520    ATTORNEY FOR PLAINTIFF
GARDEN CITY, NY 11530-3203         149 NEW DORP LANE
                                              STATEN ISLAND, NEW YORK 10306

**CHELLI & BUSH**
**ATTORNEYS AT LAW**
**149 NEW DORP LANE**
**STATEN ISLAND, NY 10306**

ALBERT J. GATTI IS OVER THE AGE OF EIGHTEEN AND A RESIDENT OF MONROE, NEW JERSEY

as RELEASOR,

in consideration of the sum of TWENTY FIVE THOUSAND DOLLARS------------

($25,000.00),

received from LUXOR LIMO INC. AND SHLOMO CHKIFATI

as RELEASEE,

receipt whereof is hereby acknowledged, releases and discharges
LUXOR LIMO INC. AND SHLOMO CHKIFATI

the RELEASEE, RELEASEE'S heirs, executors, administrators, successors and assigns from all actions, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bonds, bills, specialties, covenants, contracts, controversies, agreements, promises, variances, trespasses, damages, judgments, extents, executions, claims and demands whatsoever, in law, admiralty of equity, which against the RELEASEE, the RELEASOR, RELEASOR'S heirs, executors, administrators, successors and assigns ever had, now have or hereafter can, shall or may, have for, upon, to the date of this RELEASE with regard to the accident date of DECEMBER 17, 2014.

IN WITNESS WHEREOF, the RELEASOR has hereunto set RELEASOR'S hand and seal on the 28th day of December 2017

(x) _____ L.S.
ALBERT J. GATTI

STATE OF NY        COUNTY OF Richmond

On the 28th day of December 2017 before me personally ALBERT J. GATTI came to me known, and known to me to be the individual described in, and who executed the foregoing RELEASE, and duly acknowledged to me that he executed the same.

MICHAEL BUSH
Notary Public, State of New York
No. 02BU5044144
Qualified in Richmond County
Commission Expires May 22, 2019

2017 REGREL - A GATTI